RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/18/06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-50083-01 (CV 05-0886-P) |
| versus | JUDGE STAGG |
| JOHN MICHAEL McCONNELL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant McConnell's **Motion to Vacate (Doc. 15)** is granted in part by permitting McConnell an out-of-time direct appeal. All other issues presented in the motion are dismissed without prejudice, pending the outcome of the appeal. To effectuate the out-of-time appeal, the Judgment in a Criminal Case (Doc. 10), originally entered on October 31, 2004, is hereby reinstated on the criminal docket as required by U. S. v. West, 240 F.3d 456 (5th Cir. 2001). The time for appeal is the 10 day period permitted by F.R.A.P. 4(b)(1)(A).

THUS DONE AND SIGNED at Shreveport, Louisiana, this 17th day of April, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE